IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **KAREN M. HUFFAKER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:05-CV-527 |
| | ) (Phillips/Guyton) |
| **METROPOLITAN LIFE INSURANCE COMPANY,** | ) |
| | ) |
| Defendant. | ) |

## O R D E R

This matter is before the Court on the memorandum and order filed by United States Magistrate Judge H. Bruce Guyton [Doc. 24]. Plaintiff objected to the order of the magistrate judge [Doc. 27]. Thereafter, defendants filed a response to plaintiff's objections to the magistrate's memorandum and order [Doc. 30].

After careful review of the memorandum and order and the record, the Court readily concludes that the magistrate judge has thoroughly and correctly analyzed the legal issues presented in plaintiff's motions and related responses and replies. Therefore, the Court is in complete agreement with the magistrate judge's determinations, finding that the plaintiff failed to make adequate showing to justify further discovery in the case and that the mere fact that defendants may have used three other physicians numerous times in other cases simply does not demonstrate good cause to engage in discovery with respect to the physicians who reviewed the plaintiff's claim.

For the reasons stated in the memorandum and order, which the Court adopts and incorporates into its ruling, plaintiff's motion to adjust schedule to permit discovery as permitted under ERISA benefit case-law [Doc. 8] is **DENIED**; plaintiff's motion to stay deadlines [Doc. 20] is **DENIED AS MOOT**; plaintiff's objections [Doc. 27] are hereby **OVERRULED** in their entirety; and the **M&O is ACCEPTED IN WHOLE**.

**IT IS SO ORDERED.**

**ENTER:**
s/Thomas W. Phillips
UNITED STATES DISTRICT JUDGE