# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| KAREN M. HUFFAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:05-CV-527 |
| | ) | (Phillips/Guyton) |
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court upon motions for judgment by defendants, Metropolitan Life Insurance Company, the Campbell Soup Company Group Insurance Plan Long Term Disability Insurance Plan For Eligible Activity Employees, the Campbell Soup Company Health and Welfare Benefit Plan, and the Director – Benefits Planning of the Campbell Soup Company, and by plaintiff, Karen M. Huffaker. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the parties' motions,

**IT IS ORDERED AND ADJUDGED** that the plaintiff, Karen M. Huffaker, take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants, Metropolitan Life Insurance Company, *et. al.*, recover of the plaintiff, Karen M. Huffaker, its costs of action.

Dated at Knoxville, Tennessee, this _____ day of_____, 2007.

                                                             s/ Patricia L. McNutt
                                                             Clerk of Court